UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-21516-CIV-WILLIAMS

EMILIO PINERO,

           **Plaintiff,**

v.

SAFELITE FULFILLMENT, INC. and
B & K PROPERTIES MIAMI, LLC,

           **Defendants.**
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by and through undersigned counsel, hereby **STIPULATE AND AGREE** that they have settled all matters between them at issue in this cause, other than as provided for in the settlement agreement and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) respectfully request the Court enter an Order dismissing this cause <u>with Prejudice</u> against Defendants, with each party to bear their own fees and costs, except as otherwise provided in the parties' settlement agreement, and with this Court retaining jurisdiction for enforcement purposes.

AGREED and STIPULATED on this _21st day of July, 2017.

| | |
|---|---|
| **LAUREN N. WASSENBERG, ESQ** | **ROY R. LUSTIG, ESQ.** |
| *Attorney for Plaintiff* | *Attorney for Defendant B&K Properties Miami, LLC* |
| 1825 NW Corporate Blvd., Suite 110 | 28 West Flagler Street, Suite 710 |
| Boca Raton, Florida 33431 | Miami, Florida 33130 |
| Phone: 561-571-0646 | Phone: 305-371-4213 |
| Email: WassenbergL@gmail.com | Email: Roy@RLustig-Law.com |
| | |
| By: */s/ Lauren N. Wassenberg* | By: */s/ Roy R. Lustig* |
| Lauren N. Wassenberg, Esq. | Roy R. Lustig |
| Florida Bar No. 34083 | Florida Bar No. 280070 |

**LIANA R. HOLLINGSWORTH, ESQ.**
*Attorney for Defendant Safelite Fulfillment,*
 *Inc.*
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114
Phone:  216-479-6152
Email:  lrhollingsworth@vorys.com

By: */s/ Liana R. Hollingsworth*
Liana R. Hollingsworth, Esq.
Florida Bar No. 0076930

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 20th day of July 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel or record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Lauren N. Wassenberg*
Lauren N. Wassenberg, Esq.
Florida Bar No. 34083
