UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-21516-CIV-WILLIAMS

EMILIO PINERO,

    Plaintiff,

vs.

SAFELITE FULFILLMENT, INC. and
B&K PROPERTIES MIAMI, LLC,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the Parties' joint stipulation for dismissal with prejudice. (DE 20). Upon review of the stipulation and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 26 day of July, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE